# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRON KEITH SIMMONS,<br><br>  Plaintiff,<br><br>  v.<br><br>G. MIRANDA-MARES.,<br><br>  Defendants. | Case No. 2:23-cv-00764-HDV-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objection to the Report and Recommendation. The Court has considered Plaintiff's Objection and conducted a *de novo* review of those portions of the Report and Recommendation to which Plaintiff objected. Having completed this review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Plaintiff's Fourteenth Amendment Equal Protection claim based on alleged racial discrimination is DISMISSED WITH LEAVE TO AMEND. Plaintiff shall have thirty (30) days from the date of this order to file an amended complaint.

    IT IS FURTHER ORDERED that Plaintiff's First, Sixth, and Eighth Amendment claims, as well as Plaintiff's claims under 42 U.S.C. § 1981, Title II of the Americans with Disabilities Act, and Section 504 of the Rehabilitation Act are DISMISSED WITHOUT LEAVE TO AMEND.

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Plaintiff at his current address of record and on counsel for the defendants who have appeared.

DATED: 11/27/2024

HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE