JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRON KEITH SIMMONS, | Case No. 2:23-cv-00764-HDV-AJR |
| Plaintiff, | |
| v. | |
| G. MIRANDA-MARES, | **JUDGMENT** |
| Defendant. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 6/9/25

HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE